# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RONALD J. BERMAN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 07-0515-CG-C** |
| | ) |
| **PINE HILL DEVELOPMENT, L.L.C.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on the motion to compel arbitration filed by Pine Hill Development, L.L.C. ("Pine Hill") (Doc. 12), and the joint notice regarding arbitration and motion for stay of all proceedings filed by the plaintiff (Doc. 20), in which the plaintiff represents that the parties have agreed to proceed to arbitration.

Upon due consideration, the defendant's motion to compel arbitration is hereby **GRANTED**. Therefore, it is **ORDERED** that all plaintiff's claims be submitted to arbitration pursuant to the arbitration clause in the Preconstruction Purchase and Letter of Credit/Escrow Agreement entered into by the parties on July 20, 2007, and that this action is hereby **STAYED** pending further order of the court.

The clerk of court is directed to place this case on the court's administrative docket. However, the court retains jurisdiction and the parties may request reinstatement at any time if they require the court's intervention.

**DONE and ORDERED** this 5th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE